IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT MUSE, #274 720,  )
         )
   Plaintiff,  )
         )
  v.      )
         )  CASE NO. 2:17-CV-312-WKW
ANGIE BAGGETT and MS. )    [WO]
HUMPHREY,    )
         )
   Defendants.  )

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 24.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED;

2. This action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 28th day of February, 2018.

       /s/ W. Keith Watkins
      CHIEF UNITED STATES DISTRICT JUDGE